THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

FILED 2010 JUN 16 PM 1:30
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE:

**TERRELL DAMONE SWAIN**
**TAMIKA MICHELLE SWAIN**

Debtor(s)

) CHAPTER 13
) CASE NO: 06-52138
)
) MARILYN SHEA-STONUM
) BANKRUPTCY JUDGE
)
) TRANSMITTAL OF UNCLAIMED FUNDS

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **TERRELL AND TAMIKA SWAIN**
   **Check No. 738744**
   **Debtor Refund**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$428.26** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **6/15/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

*Ck # 752741*
*receipt # 81550*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**TERRELL DAMONE SWAIN**  
**548 MONTGOMERY STREET**  
**AKRON, OH 44305**  
(Via Regular Mail)

**TAMIKA MICHELLE SWAIN**  
**548 MONTGOMERY STREET**  
**AKRON, OH 44305**  
(Via Regular Mail)

**ANTHONY J COSTELLO** (via ECF)

**TERRELL AND TAMIKA SWAIN**  
**C/O ANTHONY COSTELLO**  
**2666 S ARLINGTON ROAD**  
**AKRON, OH 44319**  
(via Regular Mail)

Date of Service: **6/15/2010**      By: **JoAnn Romig**  
Office of the Chapter 13 Trustee

**CHAPTER 13**  
Keith L. Rucinski  
Trustee  
1 Cascade Plaza  
Suite 2020  
Akron, Oh 44308  
(330) 762-6335  
Fax  
(330) 762-7072  
Email  
rucinski@ch13akron.com